BENJAMIN GREENSTEIN, Appellant, v. JACOB BLUM and Another, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

REBECCA HIRSCHFIELD, Appellant, v. THIRD AVENUE RAILWAY COMPANY and Others, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

THE BLISS LABORATORIES, INC., and FELIX LEVY, Appellants, v. HARRY L. BLISS and Others, Respondents, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

ISAAC DENBOSKY, Appellant, v. BLANCHE DENBOSKY, Respondent.— Order reversed and motion referred to Hon. Alfred R. Page, official referee, to take testimony forthwith with regard to said matter and report the same with his opinion thereon to the court at Special Term. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

HENRY H. JACKSON, Appellant, v. SALMONT HOLDING CORPORATION and Others, Defendants, and PAUL SAUREL, JR., Receiver, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Voluntary Dissolution of CLOTH EXAMINERS' AND SHRINKERS' UNION, INC.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of ARTHUR A. ARZT for an Order Seeking to Set Aside an Election of JACK BLAZER and Others, as Directors and Officers of THE PAUL REVERE PRESS, INC., Pursuant to Section 25 of the General Corporation Law.Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

ISAAC LEFKOWITZ, Appellant, v. RECONY CORPORATION and NORMAN S. RIESENFELD, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

ANNA FROMBERG, Respondent, v. BEST & Co., INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.; McAvoy and Sherman, JJ., dissent.

GEORGE NEMETH, as Administrator, etc., of FRANK NEMETH, Deceased, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

EQUITABLE CASUALTY AND SURETY COMPANY, Respondent, v. HERMAN BOSKOWITZ and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.